■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN CALVERT, Appellant. [821 NYS2d 925]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 1, 1999 (*People v Calvert,* 266 AD2d 226 [1999]), affirming a judgment of the Supreme Court, Queens County, rendered December 23, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN CATO, Appellant. [822 NYS2d 455]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 31, 2005 (*People v Cato,* 22 AD3d 863 [2005]), affirming a judgment of the Supreme Court, Queens County, rendered February 11, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Florio, J.P., Krausman, Rivera and Covello, JJ., concur.